UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL EDWARD JONES | CIVIL ACTION |
| VERSUS | NO. 15-1202 |
| SHERIFF MARLIN N. GUSMAN, WARDEN KEVIN WINFIELD | SECTION "F"(4) |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Carl Edward Jones's complaint pursuant to 42 U.S.C. § 1983 against the defendants, Orleans Parish Sheriff Marlin N. Gusman and Warden Kevin Winfield, is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

New Orleans, Louisiana, this 12th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE